UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x   CASE NO. 13-MD-2434 (CS)
IN RE:
MIRENA IUD PRODUCT LIABILITY            JUDGE CATHY SEIBEL
LITIGATION

NOTICE OF APPEARANCE

**This Document Relates To:**

*Vinson, et al. v. Bayer HealthCare Pharmaceuticals, Inc.* **Case No. 13-cv-09253**

*Bacque-Alexander, et al. v. Bayer HealthCare Pharmaceuticals, Inc.* **Case No. 14-cv-00495**

*Walker v. Bayer HealthCare Pharmaceuticals, Inc.* **Case No. 14-cv-00639**

*Stewart et al. v. Bayer HealthCare Pharmaceuticals, Inc.* **Case No. 14-cv-01093**

-------------------------------------------------------x

     Plaintiffs respectfully request that this Court please take Notice that Richard J. Arsenault and Dawn M. Chmielewski, of the law firm of Neblett, Beard & Arsenault, located at 2220 Bonaventure Court, Alexandria, Louisiana 71309 have entered an appearance as additional counsel of record for the above referenced Plaintiffs. All future correspondence and papers in connection with this action are to be served upon Mr. Arsenault and Ms. Chmielewski. Both attorneys have been granted Pro Hac Vice admission for the Mirena Litigation.

Respectfully Submitted,

*/s/ Dawn M. Chmielewski*
Richard J. Arsenault (LA Bar #02563)
rarsenault@nbalawfirm.com
Dawn M. Chmielewski (OH#0077723)

dchmielewski@nbalawfirm.com
**NEBLETT, BEARD&ARSENAULT**
P.O. Box 1190
Alexandria, Louisiana 71309
Telephone: 318.487.9874
Facsimile: 318.561.2591
www.nbalawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2014, a true copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM / ECF system.

*/s/ Dawn M. Chmielewski*
Dawn M. Chmielewski (OH#0077723)