UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

*This Document Relates to All Actions*

------------------------------------------------------------------ x

**Order No. 9B
(Amended
Scheduling Order)**

13-MD-2434 (CS)
13-MC-2434 (CS)

SEIBEL, J.

The following amended scheduling order, partially modifying certain deadlines set forth in Order 9A, (Doc. 1391), is hereby adopted:

1. Plaintiffs' generic expert reports are due by May 22, 2015. An expert who is offering generic as well as case-specific opinions must submit a generic expert report on this date.

2. Defendants' generic expert reports are due by June 29, 2015. An expert who is offering generic as well as case-specific opinions must submit a generic expert report on this date.

3. Plaintiffs' case-specific expert reports for the cases selected for trial are due by June 22, 2015.

4. Defendants' case-specific expert reports for the cases selected for trial are due by July 22, 2015.

All other deadlines set forth in Order 9A, as partially modified with respect to the *Keisha Johnson v. Bayer* action, No. 14-CV-4247, (Doc. 2325), remain in effect.

SO ORDERED.

Dated: May 5, 2015
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.