

Shayna Cook
312.881.5947
scook@goldmanismail.com

**BY EMAIL AND ECF**

November 26, 2019

Honorable Cathy Seibel
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

The Clerk shall close No. 13-MC-2434 and No. 13-MD-2434.

SO ORDERED.

*[signature: Cathy Seibel]*

11/26/19

CATHY SEIBEL, U.S.D.J.

*In Re: Mirena IUD Products Liability Litigation*, 13-MC-2434 (S.D.N.Y.)

Dear Judge Seibel,

    The parties write to provide a status update on the settlement of Mirena cases nationwide per the Court's July 30, 2019 Order.

    We are pleased to report that on November 20, 2019, all settlement preconditions were met, and the qualified settlement fund was fully funded. Plaintiffs' leadership is preparing the distributions while simultaneously Defendants are preparing dismissals to file in courts throughout the country.

    At this time, the parties respectfully request that the MDL be closed. We are grateful for the Court and your staff for your assistance in this matter over the past years.

    Respectfully submitted,

    */s/ Shayna S. Cook*
    Shayna S. Cook
    *Lead Counsel for Defendants*

    */s/ Michael K. Johnson*
    Michael K. Johnson
    *On behalf of the Plaintiffs' Steering Committee*

**Chicago** 200 South Wacker, 22nd Floor Chicago, IL 60606
**Dallas** 3131 Turtle Creek, Suite 1210 Dallas, TX 75219
**Santa Monica** 429 Santa Monica Boulevard, Suite 710 Santa Monica, CA

goldmanismail.com